# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Docket No. 3:16- mj-409-DSC |
| v. | ) | |
| **(3) STEPHANIE DANIELLE METCALF** | ) | **ORDER** |

This matter is before the Court on the Motion of the United States of America to dismiss the charges against Defendant Stephanie Danielle Metcalf in the criminal Complaint in the above-captioned case without prejudice.

IT IS HEREBY ORDERED that the Motion be GRANTED and that the charges against Defendant Stephanie Danielle Metcalf in the above-captioned criminal Complaint be dismissed without prejudice and the pending Writ of *habeas corpus ad prosequendum also* be dismissed.

**SO ORDERED**.

Signed: November 14, 2016

David S. Cayer
United States Magistrate Judge